IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WADE ALLEN EDWARDS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. CIV 07-274-FHS-KEW |
| JIM KEITH, et al., | ) ) ) | |
| Respondents. | ) | |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered January 15, 2008, denying his petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

Dated this 29th day of January, 2008.

Frank H. Seay
United States District Judge