# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **WADE ALLEN EDWARDS,** | ) | |
| Petitioner, | ) | |
| v. | ) | No. CIV 07-274-FHS |
| **JIM KEITH, ET AL.,** | ) | |
| Respondent. | ) | |

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, a prisoner seeking to commence an appeal to the Tenth Circuit Court of Appeals, has filed a motion for leave to proceed *in forma pauperis* and supporting statement of institutional accounts. Having reviewed the motion, the Court finds petitioner lacks sufficient funds to prepay the filing fee pursuant to Local Rule 3.5(b). Petitioner's motion, therefore, is granted, and petitioner is authorized to proceed without prepayment of the filing fee.

**IT IS SO ORDERED** this 14th day of February, 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma

grant10c.hc (03/99)